UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARSH R. AHLUWALIA, individually and as successor-in-interest to Decedent VARUN KUMAR; RAVINDER K. AHLUWALIA, individually and as co-successor-in-interest to Decedent VARUN KUMAR; THE ESTATE OF VARUN KUMAR,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>CITY OF SAN JOSE, et. al.,,<br><br>　　　　　　　Defendants. | Case No.: C 13-0114 PSG<br><br>**ORDER TO SHOW CAUSE**<br><br>**(Re: Docket No. 9)** |

On May 28, 2013, Plaintiffs Harsh R. Ahluwalia et. al. ("Plaintiffs") failed to appear at the case management conference. Plaintiffs previously indicated that they anticipated filing voluntary dismissal, but no dismissal has yet been filed.[1] Accordingly, Plaintiffs shall file a dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) no later than June 7, 2013. If a dismissal is not filed by that date, Plaintiffs shall appear on June 11, 2013 at 10:00 AM in Courtroom 5, 4th Floor and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

---

[1] *See* Docket No. 8.

1

Case No.: 13-0114 PSG
ORDER TO SHOW CAUSE

IT IS SO ORDERED.

Dated: May 29, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 13-0114 PSG
ORDER TO SHOW CAUSE